# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR RAMIREZ-VERDIN,

    Defendant.

Case No. 2:22-mj-00305-VCF-1

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 11, 2022 at 4:00 p.m., be vacated and continued to November 10, 2022 at the hour of  4 : 00 p .m.; or to a time and date convenient to the court.

    DATED this  7  day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE