# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR RAMIREZ-VERDIN,<br><br>　　　　Defendant. | Case No. 2:22-mj-00305-VCF-1<br><br>**ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, November 10, 2022 at 4:00 p.m., be vacated and continued to December 20, 2022 at the hour of __4:00 pm__ .; or to a time and date convenient to the court.

DATED this __8th__ day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3