UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR RAMIREZ-VERDIN,<br><br>        Defendant. | Case No. 2:22-mj-00305-VCF-1<br><br>**ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for December 20, 2022, at 4:00 p.m., be vacated and continued to February 6, 2023 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach

DATED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3