UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR RAMIREZ-VERDIN,<br><br>　　　　Defendant. | Case No. 2:22-mj-00305-VCF-1<br><br>**ORDER** |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 6, 2023 at 4:00 p.m., be vacated and continued to August 7, 2023 at the hour of 4:00 p.m.

　　　DATED this 1st day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4