# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | 2:22-mj-00305-VCF |
| v. | **ORDER** |
| Victor Ramirez-Verdin, | |
| Defendant(s). | |

Before the court is the ex parte motion to withdraw. (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the ex parte motion to withdraw (ECF No. 39), is SCHEDULED for 11:00 AM, October 12, 2023, in Courtroom 3D.

DATED this 26th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE