# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

United States of America,

        Plaintiff,

v.

Victor Ramires Vedin,

        Defendant.

2:22-mj-00305-VCF

**ORDER**

    Before the Court are Vedin's motion to dismiss counsel (ECF NO. 36) and motion for appointment of counsel (ECF No. 37).

    Federal Public Defender was appointed as counsel of record for Victor Ramires Vedin on April 28, 2022. (ECF No. 9). Vedin filed the instant motion on his own behalf. (ECF Nos. 36 and 37).

    Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

    Accordingly,

    The Clerk of Court is directed to STRIKE Vedin's motion to dismiss counsel (ECF NO. 36) and motion for appointment of counsel (ECF No. 37) from the docket.

    IT IS HEREBY ORDERED that defense counsel is directed to provide a copy of this order to Vedin.

    DATED this 2nd day of October 2023.

                                                                                        CAM FERENBACH
                                                                                       UNITED STATES MAGISTRATE JUDGE