# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00305-MDC |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| VICTOR RAMIREZ-VERDIN,<br>    aka "Victor Ramirez,"<br>    aka "Arturo Lopez-Rosales,"<br>    aka "Armando Morales-Torres," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on June 3, 2024, at the hour of 4:00 p.m., be vacated and continued to September 2, 2024 at 4:00 pm in LV Courtroom 3A before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this __30__ day of May, 2024.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

5